THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. KIYO NAKAMORI, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. JUNZO OHARE, Appellant.

(Argued April 10, 1931; decided May 12, 1931.)

*Ferdinand Pecora* and *Harry C. Kane* for appellants.

*Thomas C. T. Crain, District Attorney (John C. McDermott* of counsel), for respondent.

Judgments in each action reversed and informations dismissed upon the ground that the evidence does not establish the crime charged in the informations; no opinion.

Concur: POUND, LEHMAN, KELLOGG and O'BRIEN, JJ. Dissenting: CARDOZO, Ch. J., CRANE and HUBBS, JJ.